District Judge Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORMA KARLA FARIAS ROMERO,<br><br>                     Plaintiff,<br>     v.<br><br>DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                     Defendant. | Case No. 2:25-cv-01287-JNW<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY |

THIS MATTER, having come before the Court upon Defendant's Unopposed Motion to Stay, the Court having reviewed Defendants' Motion, and the record herein, and being fully advised,

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Stay is GRANTED. This matter is stayed through December 24, 2025.

Dated this 25th day of November 2025.

_____
JAMAL N. WHITEHEAD
United States District Court Judge

ORDER
[Case No. 2:25-cv-01287-JNW] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

1  Presented by:

2  CHARLES NEIL FLOYD
United States Attorney

3

*s/ Michelle R. Lambert*
4  MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
5  United States Attorney's Office
Western District of Washington
6  1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
7  Phone: (253) 428-3824
Fax:    (253) 428-3826
8  Email: michelle.lambert@usdoj.gov

9  *Attorneys for Defendant*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24