District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORMA KARLA FARIAS ROMERO,<br><br>                    Plaintiff,<br><br>    v.<br><br>DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>                    Defendants. | Case No. 2:25-cv-01287-JNW<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>January 9, 2025 |

Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until January 23, 2026. Plaintiff Norma Karla Farias Romero brings this litigation pursuant to the Administrative Procedure Act ("APA"), seeking an order to compel U.S. Citizenship and Immigration Services ("USCIS") to either issue bona fide determinations or wait list determinations for her and her derivatives' Form I-918/I-918A petitions. This case is currently stayed through January 9, 2026. Dkt. No. 12, Order.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:25-cv-01287-JNW] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

As previously reported, USCIS has adjudicated the petitions at issue. Due to USCIS systems issues, Plaintiff has not yet received the employment documentation in the mail. Once those documents are received, the parties will stipulate to dismissal of this case. Accordingly, for good cause, the parties stipulate and respectfully request that this Court continue to stay this litigation through January 23, 2026.

DATED this 9th day of January, 2026.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Fax:   (253) 428-3826
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 221 words, in compliance with the Local Civil Rules.*

See PDF for Plaintiff's Signature
NORMA KALRA FARIAS ROMERO
7683 SE 27th Street, #218
Mercer Island, Washington 98040
Phone: 206-250-6202
Email: karlafarias12@gmail.com
*Pro Se Plaintiff*

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:25-cv-01287-JNW] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until January 23, 2026.  The parties shall submit a status update on or before January 23, 2026.  It is so **ORDERED**.

DATED this 12th day of January, 2026.

JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:25-cv-01287-JNW] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

<u>CERTIFIACATE OF SERVICE</u>

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify on today's date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify on today's date, I arranged for service of the foregoing on the following non-CM/ECF participant(s), via Certified Mail with return receipt, postage prepaid, addressed as follows:

Norma Karla Farias Romero, *Pro Se Plaintiff*
7683 SE 27th St #218
Mercer Island, WA 98040

DATED this 9th day of January, 2026.

*s/ Stephanie Huerta-Ramirez*
STEPHANIE HUERTA-RAMIREZ, Legal Assistant
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-7970
Fax:   (206) 553-4073
Email: Stephanie.Huerta-Ramirez@usdoj.gov

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
[Case No. 2:25-cv-01287-JNW] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800